```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
BINA RADOSTI,                                           :
                                                        :
                              Plaintiff,                :
                                                        :                18-cv-12266 (VSB)
            -against-                                   :
                                                        :                    ORDER
HUDSON'S BAY COMPANY d/b/a LORD                         :
& TAYLOR and LORD & TAYLOR LLC,                         :
                                                        :
                              Defendants.               :
                                                        :
------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2021

VERNON S. BRODERICK, United States District Judge:

In light of the representations made at the February 12, 2021 status conference in the above-captioned case, (*see* Doc. 44), it is hereby:

ORDERED that the parties are directed to appear for a telephonic status conference on April 9, 2021 at 12 PM. The dial-in number is 888-363-4749 and the conference code is 2682448. At the conference, the parties should be prepared to discuss the status of settlement discussions. If there are developments prior to the date of the conference—including but not limited to the parties' reaching a settlement agreement—the parties should advise the Court accordingly. If settlement discussions are unsuccessful and the parties believe this case will require a trial, the parties are directed to meet and confer prior to the conference to discuss any pre-trial issues, including but not limited to the Court's prevailing COVID-19 protocols and determining potential trial dates for sometime after June 30, 2021.

SO ORDERED.

Dated: February 12, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge