```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
BINA RADOSTI,                                                :
                                                             :
                                         Plaintiff,          :
                                                             :          18-cv-12266 (VSB)
                    -against-                                :
                                                             :              ORDER
HUDSON'S BAY COMPANY d/b/a LORD                              :
& TAYLOR and LORD & TAYLOR LLC,                              :
                                                             :
                                         Defendants.         :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

The status conference that was scheduled in the above-captioned case for April 9, 2021, (Doc. 46), was adjourned. Accordingly, it is hereby:

ORDERED that the parties are directed to appear for a telephonic status conference on April 21, 2021 at 2 PM. The dial-in number is 888-363-4749 and the conference code is 2682448. The parties should be prepared to address the issues outlined at Document 46.

SO ORDERED.

Dated: April 12, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge