UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
BINA RADOSTI, :
:
Plaintiff, :
:  18-cv-12266 (VSB)
-against- :
:  **ORDER**
HUDSON'S BAY COMPANY d/b/a LORD :
& TAYLOR and LORD & TAYLOR LLC, :
:
Defendants. :
:
------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2021
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

In light of the representations made at the April 21, 2021 conference held in the above-captioned case, (Doc. 47), it is hereby:

ORDERED that the parties are directed to meet and confer and submit a joint letter on or before April 30, 2021. This letter should indicate the parties' respective positions on 1) whether or not they wish to proceed with a bench trial or jury trial, and 2) preferred trial dates. To the extent the parties agree on a bench trial, they should also indicate whether they request an in-person or remote trial and the preferred format with regard to testimony.

SO ORDERED.

Dated: April 22, 2021
New York, New York

_____
Vernon S. Broderick
United States District Judge