```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
BINA RADOSTI,                                                :
                                                             :
                              Plaintiff,                     :
                                                             :        18-cv-12266 (VSB)
              -against-                                      :
                                                             :            **ORDER**
HUDSON'S BAY COMPANY d/b/a LORD                              :
& TAYLOR and LORD & TAYLOR LLC,                              :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of the parties' April 29, 2021 joint letter in which they propose potential dates for a jury trial in the above-captioned case. Accordingly, it is hereby:

ORDERED that a five-day jury trial is tentatively scheduled in this case from November 8, 2021 at 10:00 a.m. As I have informed the parties, in light of the current public health procedures at the Southern District of New York, I cannot fully guarantee this trial date.

IT IS FURTHER ORDERED that the parties shall submit a joint pretrial order and motions in limine on or before September 27, 2021. The parties are further directed to submit proposed voir dire questions, proposed jury instructions, proposed verdict sheets, and any oppositions to motions in limine on or before October 18, 2021.

IT IS FURTHER ORDERED that a final pretrial conference will be held in this case on November 3, 2021 at 2:00 p.m. I will send out logistical information with regard to that conference as we get closer to the trial.

SO ORDERED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2021

Dated: May 2, 2021
      New York, New York

_____
Vernon S. Broderick
United States District Judge