```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BINA RADOSTI,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :          18-cv-12266 (VSB)
              -against-                                     :
                                                            :              ORDER
                                                            :
HUDSON'S BAY COMPANY d/b/a LORD                             :
& TAYLOR and LORD & TAYLOR LLC,                             :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2021

VERNON S. BRODERICK, United States District Judge:

      This case was tentatively scheduled for a jury trial from November 8-12, 2021, and the joint pretrial order and motions in limine in this case are currently due on September 27, 2021. (*See* Doc. 50.)  The Southern District of New York has released its jury trial calendar for the final quarter of 2021, and this case is on standby.  Accordingly, it is hereby:

      ORDERED that the parties are directed to appear for a telephonic conference on September 9, 2021 at 11:30 a.m.  The call-in information is 888-363-4749 and the access code is 282448.  The parties are directed to meet and confer before this conference to determine how they wish to proceed in light of the fact that this case has not been selected for a firm trial date in 2021.

SO ORDERED.

Dated: September 1, 2021
      New York, New York

                                                                                         _____
                                                                                         Vernon S. Broderick
                                                                                         United States District Judge