UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
BINA RADOSTI, :
:
                Plaintiff, :
: 18-CV-12266 (VSB)
        -against- :
: **ORDER**
HUDSON'S BAY COMPANY, et al., :
:
              Defendants. :
:
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Pursuant to the parties' request, I directed the jury department to remove this case from the trial standby list and set a trial date during June 2022. The jury department has now set the Southern District of New York trial schedule for the second quarter of 2022. It is hereby:

      ORDERED that a jury trial in this matter is scheduled to begin on June 29, 2022 at 10:00 a.m.

      IT IS FURTHER ORDERED that a status conference in this matter will be held on March 9, 2022 at 4:00 p.m. regarding the parties' positions for trial. The dial-in number is 888-363-4749 and the conference code is 2682448.

SO ORDERED.

Dated: March 4, 2022
       New York, New York

                                                                Vernon S. Broderick
                                                                 United States District Judge