UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
                                                      :
BINA RADOSTI,                                   :
                                                      :
                       Plaintiff,    :
                                                       :           18-CV-12266 (VSB)
                    -against-           :
                                                       :                **<u>ORDER</u>**
HUDSON'S BAY COMPANY, et al.,     :
                                                       :
                        Defendants.  :
                                                       :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

Pursuant to my instructions at the March 31, 2022 status conference, it is hereby:

ORDERED that the parties shall meet and confer and, by no later than April 15, 2022, submit a joint letter as to whether the parties agree to conduct remote witness testimony at the jury trial scheduled to begin on June 29, 2022.  If there are any objections, Plaintiff is ordered to detail the basis for the witness's unavailability and Defendant is ordered to detail the basis for its objections.

SO ORDERED.

Dated:  March 31, 2022
          New York, New York

                                                                Vernon S. Broderick
                                                                United States District Judge