UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
BINA RADOSTI,                                              :
                                                           :
                    Plaintiff,                             :
                                                           :   18-CV-12266 (VSB)
          -against-                                        :
                                                           :   **ORDER**
HUDSON'S BAY COMPANY, et al.,                              :
                                                           :
                    Defendants.                            :
                                                           :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of the parties' joint letter regarding their positions as to whether I should allow remote witness testimony at the jury trial in this matter beginning on June 29, 2022. (Doc. 69.) It is hereby:

    ORDERED that a telephonic status conference on this matter shall take place on April 22, 2022 at 4:15 p.m. The dial-in is 888-363-4749 and the conference code is 2682448.

    IT IS FURTHER ORDERED that Defendant submits a letter detailing the specifics of the witnesses' medical conditions on or before April 22, 2022 at 9:00 a.m. If Defendant wishes to file the letter under seal, Defendant is directed to Rule 5(B) of my Individual Rules & Practices in Civil Cases. In particular, it would help me to know of any specific medical issues that might prevent the witnesses from traveling to testify at a trial, for example, the witnesses' ages; any conditions that cause the witness to be immunocompromised or at particular risk of developing a serious case of COVID-19; any recent surgeries; the witnesses' vaccination status; among other issues.

SO ORDERED.

Dated: April 20, 2022
      New York, New York

                                        Vernon S. Broderick
                                        United States District Judge