

fisherphillips.com

**New Jersey**
430 Mountain Avenue
Suite 303
Murray Hill, NJ  07974

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1057

**Writer's E-mail:**
ctandy@fisherphillips.com

April 21, 2022

***Via* ECF**

Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 04/21/22
>
> The status conference scheduled for April 22, 2022 at 4:15 p.m. is adjourned to April 26, 2022 at 4:00 p.m.

    Re:    *Radosti v. Hudson's Bay Company, et al.*
              *Civil Action No. 1:18-cv-12266-VSB*

Dear Judge Broderick:

    This firm represents the Defendants, Hudson's Bay Company ("HBC") and Lord & Taylor in the above referenced matter.  Pursuant to the April 20, 2022 Order (Documents 70), there is a telephone conference scheduled for April 22, 2022 at 4:15.  I respectfully request an adjournment of this conference call because I am unable to attend as I will be attending funeral services for a family member and David Lichtenberg, Esq. is also unavailable due to previous scheduled meetings.  Plaintiff's counsel has consented to this request and the parties have conferred about availability next week for this call.  The parties are available on April 26 from 12:00-5:00; April 27 from 11:00-5:00; and April 28 from 9:00-12:00 or 3:00-5:00.  If one of these times work for Your Honor, I respectfully request the conference call scheduled for tomorrow be rescheduled.

    Thank you for Your Honor's consideration in this matter.

                              Respectfully Submitted,

                              */s/ Colleen P. Tandy*

                              Colleen P. Tandy
                              For FISHER & PHILLIPS LLP

CPT:jm

cc:    Robert L. Levy/Sherie Buell, Esq. (via ECF)

**Fisher & Phillips LLP**
Atlanta • Baltimore • Bethesda • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit • Fort Lauderdale • Gulfport
Houston • Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • Nashville • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Pittsburgh • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC

FP 43808616.1