

**New Jersey**
430 Mountain Avenue
Suite 303
Murray Hill, NJ 07974

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1057

**Writer's E-mail:**
ctandy@fisherphillips.com

April 21, 2022

**VIA ECF**

Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.   04/22/22

Re:   *Radosti v. Hudson's Bay Company, et al.*
      *Civil Action No. 1:18-cv-12266-VSB*

Dear Judge Broderick:

This firm represents the Defendants, Hudson's Bay Company ("HBC") and Lord & Taylor in the above referenced matter. Pursuant to the April 20, 2022 Order (Documents 70), Defendants must provide the Court with specific details regarding the witnesses' medical conditions, which is private information and pursuant to the Southern District's ECF Privacy Policy, should be redacted or filed under seal. As such, Defendants' respectfully request to submit the letter pursuant to the April 20, 2022 Order, under seal.

Thank you for Your Honor's consideration in this matter.

Respectfully Submitted,

*/s/ Colleen P. Tandy*

Colleen P. Tandy
For FISHER & PHILLIPS LLP

CPT:jm

cc:   Robert L. Levy/Sherie Buell, Esq. (via ECF)

**Fisher & Phillips LLP**

Atlanta • Baltimore • Bethesda • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit • Fort Lauderdale • Gulfport
Houston • Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • Nashville • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Pittsburgh • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC

FP 43811807.1